**HOFLAND & TOMSHECK**
Jason F. Carr, Esq.
State Bar of Nevada No. 006587
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910

*Attorney for Defendant* **Mark Lewis**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK LEWIS,<br><br>Defendant. | Case No.: 2:22-cr-00016-RFB-EJY<br><br>**STIPULATION AND ORDER TO CONTINUE REVOCATION HEARING (SECOND REQUEST)** |
|---|---|

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Assistant United States Attorney Daniel J. Cowhig, counsel for the United States of America, and Jason F. Carr, Esq., counsel for Defendant MARK LEWIS, that the revocation hearing currently scheduled for March 29, 2024, at 8:30 a.m. be continued to a date and time convenient to the Court but not less than forty-five days.

This Stipulation is entered into for the following reasons:

1. This is the second request to continue the revocation hearing.

2. That the parties are finalizing an agreement to resolve this revocation matter and Mr. Lewis' new pending federal charges in 2:24-cr-00041-RFB-NJK. Both parties believe, in good faith, that a final resolution to both will be reached before the May 6, 2024 trial date in that matter.

3. That both parties agree that the felony case referenced above should be resolved before proceeding to the revocation hearing in this matter.

- 1 -

4. That continuing the hearing will give the parties an opportunity to promptly resolve both cases thereby conserving judicial resources.
5. That, because the instant matter involves a hearing to potentially revoke a term of supervised release, the Speedy Trial Act does not apply.
6. For the above stated reasons, a continuance of the revocation proceeding is appropriate.

DATED this 27th day of March, 2024.

Respectfully submitted,

| HOFLAND & TOMSHECK | JASON M. FRIERSON<br>United States Attorney |
|---|---|
| */s/ Jason F. Carr*<br>JASON F. CARR, ESQ.<br>Counsel for Defendant<br>Mark Lewis | */s/ Daniel J. Cowhig*<br>DANIEL J. COWHIG<br>Assistant United States Attorney |

- 2 -

**HOFLAND & TOMSHECK**
Jason F. Carr, Esq.
State Bar of Nevada No. 006587
228 South 4th Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910

*Attorney for Defendant* **Mark Lewis**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>MARK LEWIS,<br><br>Defendant. | Case No.: 2:22-cr-00016-RFB-EJY |

## **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Based on the pending Stipulation of counsel, and good cause appearing therein, the Court finds that:

1. This is the second request to continue the revocation hearing.

2. That the parties are finalizing an agreement to resolve this revocation matter and Mr. Lewis' new pending federal charges in 2:24-cr-00041-RFB-NJK. Both parties believe, in good faith, that a final resolution to both will be reached before the May 6, 2024 trial date in that matter.

3. That both parties agree that the felony case referenced above should be resolved before proceeding to the revocation hearing in this matter.

4. That continuing the hearing will give the parties an opportunity to promptly resolve both cases thereby conserving judicial resources.

5. That, because the instant matter involves a hearing to potentially revoke a term of supervised release, the Speedy Trial Act does not apply.

6. For the above stated reasons, a continuance of the revocation proceeding is appropriate.

**ORDER**

Based on the foregoing Findings of Fact and for good cause shown IT IS HEREBY ORDERED, that the Supervised Release Revocation Hearing currently scheduled for March 29, 2024 at 8:30 a.m. be continued to May 17, 2024 at 9:15 a.m.

Dated March 28, 2024.



UNITED STATES DISTRICT JUDGE

- 4 -